IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ARTHUR THOMPSON | CRIMINAL ACTION <br><br> NO. 25-13-KSM-1 |

### ORDER

**AND NOW**, this 16th day of June, 2025, upon consideration of Defendant Arthur Thompson's Motion to Dismiss the Indictment (Doc. No. 26), the Government's response in opposition (Doc. No. 30), and Defendant's reply (Doc. No. 33), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Dismiss the Indictment (Doc. No. 30) is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.