IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ARTHUR THOMPSON** | **CRIMINAL ACTION**<br><br>NO. 25-13-KSM-1 |

### ORDER

**AND NOW**, this 13th day of November, 2025, upon consideration of the United States' motion *in limine* regarding Defendant Arthur Thompson's refusals to comply with search warrants (Doc. No. 37), Defendant's opposition and alternative request to admit his reasons for refusing and eventual compliance (Doc. No. 65), and oral argument on the above (Doc. No. 69), it is **ORDERED** that:

1. The United States' motion (Doc. No. 37) is **GRANTED** as discussed in the accompanying Memorandum.

2. Defendant's alternative request to admit his reasons for refusing and eventual compliance (Doc. No. 65) is **GRANTED**.

3. The Court **DIRECTS** the parties to meet and confer prior to trial to reach a potential stipulation that can be read to the jury consistent with the Court's ruling.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.