**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**ARTHUR THOMPSON** | **CRIMINAL ACTION**<br><br>**NO. 25-13-KSM-1** |

## ORDER

**AND NOW**, this 12th day of December, 2025, upon consideration of Defendant Arthur Thompson's motion *in limine* to exclude evidence found in Defendant's vehicle (Doc. No. 82) and the United States' motion *in limine* to admit evidence of Defendant's prior convictions pursuant to Federal Rule of Evidence 609 (Doc. No. 83), it is **ORDERED** that:

1. Defendant's motion (Doc. No. 82) is **DENIED** as discussed in the accompanying Memorandum.

2. The United States' motion (Doc. No. 83) is **GRANTED** as discussed in the accompanying Memorandum.

3. The Court **DIRECTS** the parties to meet and confer prior to trial to reach an agreement on the language for the limiting instructions discussed in the Court's ruling.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.